# STEPHEN C. GILBERT

A Professional Corporation
ATTORNEY AT LAW
P.O. BOX 340
SIXTY SIX MACCULLOCH AVENUE
MORRISTOWN, NEW JERSEY 07963-0340

DIRECT DIAL (973) 538-8105
FAX (973) 538-8190

STEPHEN C. GILBERT,    J.D. LLM
JARED M. COHEN,    J.D.
AARON S. GILBERT,    J.D.
AJAY SARKARIA,    J.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

July 24, 2008

**SENT VIA TELEFAX (212.805.6737)**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*SO ORDERED*
*The conference is rescheduled for August 13, 2008 at 9:30 a.m.*

*[signed] George B. Daniels*
**HON. GEORGE B. DANIELS**
JUL 29 2008

Re:    Stanley Chason vs. James W. Zimbler
       Docket Number 08CV04578
       Our File No. 07-061

Dear Judge Daniels:

Please accept this letter requesting an adjournment of the initial case management conference in the above captioned matter currently scheduled for Thursday, July 31, 2008 at 9:30 a.m..

The Defendant has just been served with the process and a request for Waiver of Service of Summons and Complaint on or about July 15, 2008. In addition, the parties have already exchanged settlement proposals and it is anticipated that this matter will settle shortly.

Finally, I am on vacation during the last week of July and will be returning August 7, 2008. I ask that the Court re-schedule the initial conference for the week of August 11, 2008.

Thanking the Court for its courtesies in advance, I remain,

Respectfully yours,

STEPHEN C. GILBERT

SCG/emf
cc:   Mr. James Zimbler
      Mr. Stanley Chason