# STEPHEN C. GILBERT

A Professional Corporation
ATTORNEY AT LAW
P.O. BOX 340
SIXTY SIX MACCULLOCH AVENUE
MORRISTOWN, NEW JERSEY 07963-0340
DIRECT DIAL (973) 538-8105
FAX (973) 538-8190

STEPHEN C. GILBERT, J.D. LLM
JARED M. COHEN, J.D.
AARON S. GILBERT, J.D.

November 12, 2008

**SENT VIA TELEFAX (212.805.6737)**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED:**
*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: NOV 1 3 2008

Re: **Stanley Chason vs. James W. Zimbler**
    **Docket Number 08CV04578**
    **Our File No. 07-061**

Dear Judge Daniels:

With reference to the above captioned matter, I am respectfully requesting that the Case Management Conference currently scheduled for Thursday, November 13, 2008 at 9:00 a.m. be adjourned from the Court's calendar. It is our understanding that the parties have reached a Settlement Agreement in principal, and we will be forwarding to Your Honor the signed Stipulation of Settlement shortly.

Thank you for the courts indulgence and understanding.

Respectfully yours,

STEPHEN C. GILBERT

SCG/dm
cc: Mr. James Zimbler
    Mr. Stanley Chason